IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02197-MSK-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$45,140.00 IN UNITED STATES CURRENCY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2008.**

    Plaintiff's Unopposed Motion to Vacate Status Conference [filed November 4, 2008; docket #13] is **granted**. The Status Conference set in this matter for November 7, 2008, at 9:30 a.m. is hereby vacated and rescheduled for Tuesday, **December 9, 2008, at 9:00 a.m.**