IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02197-MSK-MEH

UNITED STATES OF AMERICA,

  Plaintiff,

v.

$45,140.00 IN UNITED STATES CURRENCY,

  Defendant.

_____

ORDER LIFTING STAY AND DIRECTING PARTIES TO SUBMIT REVISED
SCHEDULING ORDER
_____

**THIS MATTER** has been stayed pursuant to the parties' request since April 13, 2009 on the grounds that a related criminal case, *United States v. 5. Matthew Fresquez*, Case No. 07-cr-00403-MSK, was still pending. Mr. Fresquez has been sentenced in the related case (**#369**) but no further action has been taken in this civil forfeiture case.

Because the reason for staying the case no longer applies, **IT IS THEREFORE ORDERED**:

  (1) The stay is lifted.

  (2) On or before December 1, 2011, the parties shall file (1) statements of position explaining the status of the case, including the nature of any remaining dispute; and (2) a joint proposed revised scheduling order. In addition, on or before December 1, 2011, the parties shall contact the chambers of Magistrate Judge Michael E. Hegarty to set a scheduling conference.

Dated this 14th day of November, 2011

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge