IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02197-MSK-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$45,140.00 IN UNITED STATES CURRENCY,

        Defendant.
_____

## ORDER TO DISMISS
_____

        This matter comes before the Court in the United States Motion to Dismiss the Civil Forfeiture Case **(#47)**. The Court, being fully apprised and finding that the United States reasons for moving to dismiss are proper in accordance with the Federal Rule of Civil Procedure 41(a)(2), hereby **ORDERS** that *United States v. $45,140.00 in United States Currency*, Case No. 08-cv-02197-MSK-MEH is dismissed without prejudice.

        DATED this 29th day of November, 2011.

                                **BY THE COURT:**

                                _____

                                Marcia S. Krieger
                                United States District Judge